**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Katun Corporation,

Plaintiff,

Court File No. 01-CV-1176 JMR/SRN

vs.

Terence Michael Clarke,

Defendant.

**STIPULATION AND ORDER EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel, that defendant Terence Michael Clarke may be granted a two-week extension of time through August 6, 2001, to move, answer, or otherwise plead in response to plaintiff's Complaint.

Date: 7/20/01

Craig W. Gagnon (#3298)
Andrew S. Hansen (#28589)

OPPENHEIMER WOLFF & DONNELLY, LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

ATTORNEYS FOR PLAINTIFF

Dated: 7/19/01

James G. Bullard (#123249)

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1512

ATTORNEYS FOR DEFENDANT

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

2105804v1

**ORDER**

The above Stipulation is hereby approved, and defendant shall have until August 6, 2001, to respond to the Complaint in this action.

Dated 7/26/01

BY THE COURT

United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500