UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Katun Corporation,

Plaintiff, Court File No. 01-CV-1176 JMR/FLN

vs.

Terence Michael Clarke,

Defendant.

**SECOND STIPULATION AND ORDER EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

**WHEREAS**, this is a recently commenced action in which plaintiff's Complaint was filed on June 28, 2001, and was served on defendant on July 3, 2001;

**WHEREAS**, the parties initially agreed to a two-week extension of time for defendant to move, answer, or otherwise plead in response to plaintiff's Complaint through August 6, 2001, and they submitted a Stipulation to that effect which was approved by the Court on July 26, 2001;

**WHEREAS**, the parties have been engaged in meaningful, good faith settlement discussions, they wish to limit the burdens and expenses of potentially unnecessary litigation, and they now wish to postpone defendant's response to the Complaint for an additional 30 days while they focus on settlement efforts;

**NOW, THEREFORE,** it is hereby stipulated and agreed by the parties, through their respective undersigned counsel, that defendant Terence Michael Clarke may be granted an additional 30-day extension of time through September 6, 2001, to move, answer, or otherwise plead in response to plaintiff's Complaint.

AUG - 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 8/3/01

Craig W. Gagnon (#3298)
Andrew S. Hansen (#28589)

OPPENHEIMER WOLFF & DONNELLY, LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

ATTORNEYS FOR PLAINTIFF

Dated: 8/2/01

James G. Bullard (#123249)

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1512

ATTORNEYS FOR DEFENDANT

**ORDER**

The above Stipulation is hereby approved, and defendant shall have until September 6, 2001, to respond to the Complaint in this action.

Dated Aug. 7, 2001

BY THE COURT

Franklin L. Noel
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500