**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

KATUN CORPORATION,

Plaintiff,

vs.

TERENCE MICHAEL CLARKE,

Defendant.

---

Court File No. 01-CV-1176 JMR/FLN

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**

Plaintiff Katun Corporation ("Katun") and Defendant Terence Michael Clarke ("Clarke") through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Katun commenced this action against Clarke by filing a Complaint on June 28, 2000;

WHEREAS, the disputes between Katun and Clarke have been settled;

NOW, THEREFORE, it is stipulated and agreed by Katun and Clarke that this action should be dismissed with prejudice.

Date: September 13, 2001

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: [signature]
Craig W. Gagnon #32980
Andrew S. Hansen #285894
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

**Attorneys For Plaintiff Katun Corporation**

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

Date: 9/13, 2001

LEONARD, STREET & DIENARD, PA

By: James G. Bullard

James G. Bullard #123249
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

**Attorneys For Defendant**
**Terence Michael Clarke**

**ORDER**

Based upon the foregoing stipulation, this action is dismissed with prejudice.

Dated: September 14, 2001

The Honorable James M. Rosenbaum
Chief Judge
United States District Court